B.B.C.F.D., S.A., et al., Plaintiffs, v Bank Julius Baer & Co., Ltd., et al., Respondents, and Baruch Ivcher et al., Appellants, et al., Defendants. (And Other Actions.)

Submitted December 7, 2009; decided January 19, 2010

Reported below, 62 AD3d 425.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

James Drummond, Appellant, v State of New York, Respondent.

Decided January 19, 2010

Reported below, 2009 NY Slip Op 86835(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

Marc S. Kirschner, as Trustee of the Refco Litigation Trust, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Decided January 19, 2010

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument [*see* 590 F3d 186 (2009)].

Concur: Chief Judge Lippman and Judges Ciparick, Graffeo, Read, Smith, Pigott and Jones.